**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  RUTH C. PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-14-235-TCK-FHM |
| | ) | |
| 1.  BOKF, N.A., a/k/a BOK FINANCIAL CORPORATION, | ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Ruth C. Pittman, hereby stipulates with the Defendant, BOKF, N.A., a/k/a BOK Financial Corporation, that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 1st DAY OF APRIL, 2015.**

s/ Jana B. Leonard
Jana B. Leonard, OBA # 17844
Emily Van Volkinburg, OBA # 31744
Shannon C. Haupt, OBA # 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
emilyv@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

 s/ Erica Anne Dorwart
(Signed with permission)
Erica Anne Dorwart, OBA #18367
FREDERIC DORWART, LAWYERS
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103
Telephone:	918-583-9922
Facsimile:	918-583-8251
edorwart@fdlaw.com
*Counsel for Defendant*